FILED
CLERK, U.S. DISTRICT COURT

June 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAREEM H. SHAW,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.T.C. GROUNDS, Warden,<br><br>　　　　Respondent. | No. CV 14-05093-PSG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1 | IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: 6/12/15

_____
PHILIP S. GUTIERREZ
United States District Judge