JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
June 15, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
June 15, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAREEM H. SHAW, | No. CV 14-05093-PSG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| R.T.C. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated:    6/12/15              _____
                               PHILIP S. GUTIERREZ
                               United States District Judge